Rosalyn Bruce
30 Tarpon Ct
Florissant MO 63033

To the honorable Judge Artery

      My name is Rosalyn Bruce, mother of Robyn Roberts. Please take these things into consideration when sentencing her. First she has a baby boy (PJ) who is almost two, he just turned one when she left. He was still being breastfed and he is also asthmatic. Robyn made sure he got his breathing treatments, medications, and humidifier. She still tells us to make sure he brushes his teeth and what he cannot eat.

Then there's her grandmother, who is 89 years old. She lost her only child two years ago. Robyn helps her with whatever is needed. She takes her to the Doctor, bank, grocery stores, etc.

Then there's me. January 14, 2022 I had neck surgery and spinal surgery where they put a screw and infusion in my neck. Prior to my surgery I was very independent. I went from walking, to using a cane, then to using a walker. The doctor said it will take 4-6 months, so recovery is slow. I have numbness on both sides, from my hands to my feet. I know my daughter will be there and care for me if she was here. Robyn is a credit to society, please take this letter into consideration we as a family really need her.

                                          Respectfully,
                                          Rosalyn Bruce

Jordan Roberts
30 Tarpon Ct
Florissant MO 63033

Dear Your honor ,

This letter is to ask you for leniency, please have mercy on my mom Robyn Roberts. She's been my #1 and only supporter all my life, my best friend.  My mom being in prison has caused me deep depression and pain because she's the most caring and selfless person I know. I can't imagine what she's going through.

I also have a baby brother "Pj" who is only one years old and sickly. He needs my mom more than anybody. It's very hard on me personally having to take care of him and his bad asthma. I have to make sure I'm on top of his breathing treatments 24/7. I never had to go through anything like this in my life, It's taking a toll on me physically, mentally, and financially! I want my baby brother to remember my mom and have memories with her, these are the most important and precious times of a child's life. My mom never missed a beat throughout my childhood and I want him to remember the same loving and caring mother that I had growing up.

Everyone in my family depends on her,She is the glue to the family and without her it feels like it's falling apart. I know that my mom isn't perfect and whatever she's done I know she truly learned her lesson because she's not a bad person. It's my sincere hope that the court take this letter into consideration at the time of the sentencing. I know she is a valuable member of the community and a good human being.

                                              Sincerely,
                                              Jordan Roberts